Cause Number: H-13-00638

Style: e-Watch Inc. v. FLIR Systems, Inc.

Appearances:
Counsel:                                    Representing:

William Staples                             e-Watch (Plaintiff)

Peter Schechter                             FLIR Systems (Defendant)


Date: September 27, 2013              Reporter: B. Slavin
                                       Law Clerk: C. Patterson
Time: ___/___ a.m.
      2:30/3:00 p.m.

## HEARING
## MINUTES AND ORDER

At the hearing the following rulings were made:

[29] FLIR Systems, Inc.'s Motion For Clarification of the Order Granting its Motion for Stay, Docket Entry No. 29, was discussed.

[29] FLIR Systems, Inc.'s Motion For Clarification of the Order Granting its Motion for Stay, Docket Entry No. 29, is DENIED.

The Clerk will file the Minutes and Order and provide copies to the parties.

George C. Hanks Jr.
United States Magistrate Judge