UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

e-WATCH, INC.,

        Plaintiff,

v.

FLIR SYSTEMS, INC.,

        Defendant.

**Case No. 4:13-cv-638**

**Jury Demanded**

## [proposed] ORDER MODIFYING STAY

The Court, having received and reviewed FLIR Systems, Inc.'s Unopposed Motion To Modify The Stay Order, HEREBY GRANTS the motion AND modifies the Court's prior Order (Docket No. 28) so that this action will be stayed pending the completion of the *inter partes* review proceedings filed on behalf of Mobotix and/or FLIR with respect to the patents at issue.

Dated: _Nov. 18, 2013_

_____

Hon. Sim Lake, U.S. District Judge

AM 25415806.1  1